KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**

JAMES J. VILT, JR. - CLERK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

MAY 28 2025

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

_____ Division

D.B.A
BRYAN CASEY FORD / Bryan C Ford

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Myra Susie Skaggs -v- William Mike Hall Jr
Patric Kelley Deaton - Samuel Todd Spalding
Amy S. Anderson   -  Brian kester

_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:25-Cv-72 GNS
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        ~~Please See Attached pg.~~ Bryan C Ford or See Attached pg.

Address     107 Lamanda Ln

            Campbellsville            ky      42718
            _____City_____State_____Zip Code_____

County      Taylor County

Telephone Number    (270)-403-5907

E-Mail Address      bryanford1990@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        Please SEE Attached pg.

Job or Title *(if known)*

Address

                    _____City_____State_____Zip Code_____

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                    _____City_____State_____Zip Code_____

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

(I.)   The Parties to this Complaint

    A.   The Plaintiff(s)

    #1

Name    :   Myra Susie Skagg's
Address  :   300 E. Main St Campbellsville Ky 42718   (
County   :   Taylor Co.
Tel #    :   (270)-465-6686
    ☑ Individual   ☑ Official Capacity
    #2   Capacity

Name    -   William Mike Hall Jr
Address  -   300 E. Main St Campbellsville Ky, 42718  (
County   -   Taylor County
PH #    -   (270)-465-8424 - or - (270)-465-6686
    ☑ Individual   ☑ Official
    #3   Capacity   Capacity

Name    -   Patric Kelley Deaton
Address  -   602 Bloomfield Rd., Bardstown Ky, 40004
County   -   Nelson
PH #    -   1 (502)-573-2350
    ☑ Individual   ☑ Official
    #4   Capacity   Capacity

Name    -   Samuel Todd Spalding
Address  -   300 E. Main St. Campbellsville Ky, 42718
County   -   Taylor
PH #    -   (270)-465-6686 - or - (270)-692-4813
    ☑ Individual   ☑ Official
    Capacity   Capacity

REVERSE SIDE
⟶

#5

Name - Amy S. Anderson
Address - 300 East Main St. Campbellsville ky., 42718
County - Taylor Co.
 PH# - (270)- 465-6686
          ☑ Individual        ☑ Official
  #6        Capacity            Capacity

Name - Brian Kester
Address - 321 East Main St, Campbellsville ky., 42718
County - Taylor Co.
PH # - (270)- 776- 8153 -or- (270)- 465- 6111
      ☑ Individual    ☑ Official              4193
        Capacity        Capacity

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- Violation of Due Process
- 1st & 4th Amendment
- Trust violation
- Depravation All rights
- Practicing from Bench
- False imprisonment x4
- Armed kidnapping
- Treason
- Forced Compliance
- More Effect.
- Impersonating
- Officer of United States
- Conspiracy
- Human trafficing

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

KYWD USDC Pro Se 15 (Rev. 10/20) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendants Knowingly and willingly acted the same with violation's of being told aswell aB Documents Enterded and non Rebutted.

SEE SECTION II (B)

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Taylor Court Judicial Center 300 E. Main St Campbellsville KY 42718

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 28th 2025 back - 2 yrs

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts underlying Claim(s) are all that Is listed in SEC. II (B). Which have been Called out to each. Yet still Chose to Violate.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Defamation of Caracter
- Mental Anguish
- Loss of Time
- Loss of Finance
- Mental Distress
- Stroke from of Stress    - Nov. 2024 @ Taylor Regional hospital

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like to see that the Court Fines & Hold's these Person's (Administrators/Actors) Accountable. Would like Full Audit of I.R.S (Bond's) to be reviewed with CQV trust & SSN. Ask to be left alone as well as paid for loss of time as well as the Fee Scheudule that was Submitted to the Court with out Rebuttle? Amount T.B.D?

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing:     _May 28, 2025_          107 Lamanda Ln
                                              Campbellsville KY 42718

Signature of Plaintiff     _Bryan Ford_

Printed Name of Plaintiff     _Bryan Ford_

**B.     For Attorneys**

Date of signing:     _____

Signature of Attorney          _____

Printed Name of Attorney     _____

Bar Number                        _____

Name of Law Firm             _____

Address                            _____

                                    _____
                                    City               State          Zip Code

Telephone Number           _____

E-mail Address                _____

Page 6 of 6